## United States District Court
## Violation Notice
(Rev. 1/2020)

(For issuance of an arrest warrant or summons)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| UT3 | E 1104887 | H. Clautier | 14184 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐ State Code |
|---|---|
| 06/17/2024  2040 | CFR 102-74.440 |

Place of Offense
1160 W. 1200 S.  ogden UT 84404

Offense Description: Factual Basis for Charge     HAZMAT ☐
Possession of Firearm

### DEFENDANT INFORMATION

Last Name
Lay

Elisabeth  F

Street Address

| Tag No. | State | Year | Make/Model | PASS C Color |
|---|---|---|---|---|
| 321 UUW | VT | 08 | Pontiac Solstice | green |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ _____ Forfeiture Amount

+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov

$ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| 351 S. West temple  salt lake city UT 84101 | July 18, 2024  Time 0900 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature  Elisabeth Lay

Original - CVB Copy

*E1104887*

---

(For issuance of an arrest warrant or summons)

I state that on June 17, 2024 while exercising my duties as a law enforcement officer in the Northern District of Utah

See PC Statement

The foregoing statement is based upon:

☐ my personal observation          ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/17/2024
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 06/24/2024 11:0